# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

RECEIVED
AUG 3 1 2023
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

Gordon Lamont Burch       Plaintiff(s),
vs.
Midland Hills Country Club

Case No. 23-cv-2690 (JWB/ECW)
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL   YES [X]   NO [ ]

Defendant(s).

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit. Please attach additional sheets if necessary.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name Gordon Lamont Burch
   Street Address 422 Labore RD
   County, City Ramsey, Maplewood
   State & Zip Code MN 55117
   Telephone Number 651-775-1684



SCANNED
AUG 3 1 2023
U.S. DISTRICT COURT ST. PAUL

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address

where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

   Name *Midland Hills Country Club*

   Street Address *2001 Fulham St.*

   County, City *Ramsey / Roseville*

   State & Zip Code *MN 55113*

b. Defendant No. 2

   Name

   Street Address

   County, City

   State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.c., 2.d., etc.)

JURISDICTION

The Court has jurisdiction over this action under 28 U.S.C. § 1331.

3. This employment discrimination lawsuit is based on (check only those that apply):

   a. ☒ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et. seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission (EEOC).*

   b. ☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et. seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In*

2

*order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission (EEOC).*

c. [ ] Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et. seq.*, for employment discrimination on the basis of disability. **NOTE:** *In order to bring suit in federal court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission (EEOC).*

d. [ ] Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et. seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance. **NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office (EEO) representative or agency.*

e. [ ] Other (Please describe.)

4. If you are claiming that the discriminatory conduct occurred at a location other than the defendant's address above, please provide the following information on where the conduct occurred:

(Street Address)     (City/County)     (State)     (Zip Code)

5. When did the discrimination occur? Please give the date or time period:
10-2021 to 12-2021

ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

a. [X] Yes     Date filed: 10-2022

b. [ ] No

7. Have you received a Notice of Right-to-Sue Letter?

Yes

3

a. [X] Yes    If yes, please attach a copy of the letter to this complaint.

b. [ ] No

NATURE OF THE CASE

8. The conduct complained of in this law suit involves (check only those that apply):

   a. [ ] Failure to hire me

   b. [X] Termination of my employment

   c. [ ] Failure to promote me

   d. [ ] Failure to accommodate my disability

   e. [ ] Terms and conditions of employment differ from those of similar employees

   f. [X] Retaliation

   g. [ ] Harassment

   h. [X] Other conduct (please specify): african american
       Because I am african american

   i. Did you complain about this same conduct in the charge of discrimination, referred to in number 6 above?

      [X] Yes   [ ] No

9. I believe that I was discriminated against because of my (check all that apply):

   a. [X] Race

   b. [ ] Religion

   c. [ ] National origin

4

d. ☐ Color

e. ☐ Gender

f. ☐ Disability

g. ☐ Age (my birth year is: _____)

h. ☐ Other (please specify):

i. Did you state the same reason(s) in the charge of discrimination, referred to in number 6 above?

☒ Yes   ☐ No

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct (i.e. how, where, and when). Each paragraph must be numbered separately, beginning with number 10. Please write each allegation of discrimination in a separately numbered paragraph.

10. I was working as a Server for an event held yearly for Elder Women on the day of the event I was standing in the hallway with the head server Deb as the guests All the elderly ladies were coming in as they were walking by I seen them jumping to the side like I was scaring them or like they never seen a black person before So Deb said Gordon step in the Room with everyone else so we can have a re pre-event meeting Like we always do So Colin starts the meeting telling us are sections and serving times and at the same time Deb was going to work the small meeting in the back So After telling us are assignments Colin says any questions? Deb said yes its about Gordon she said Gordon your scaring the guest and you shouldn't work in there Colin said what we are already short staff she said I can leave Gordon back here show him what to do Because we dont want the guest scared and want the to come Back next year Colin said if you put like that Deb its your call she said yeah he said ok

They made me work in the Back and told me if i need any supplies ask Deb because she would be checking on me I believe that was said because the supply Room was across from the Room the event was also I was told to use the Rest Room that was across from me not the one by the event I was told when I was done with the small meeting to clean up and leave

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☐ Because I was suppose to breakdown
Please label the attached sheets of paper as Additional Facts and continue to number the the event
paragraphs consecutively. Also I was fired in front of a whole wedding! and staff was tottaly offended

REQUEST FOR RELIEF
By an item on the menu Plantation Chicken!

State briefly and exactly what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

I want them held accountable and let the PGA $2,500.000 Sanction them Expose them for Being Racist to me and others

Date: 8-29-2023

Signature of Plaintiff: Jordan Burch

Mailing Address
422 Labore Rd
Maplewood, MN 55337

Telephone Number 651-775-1684

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

6