# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Gordon Lamont Burch,<br><br>Plaintiff,<br><br>v.<br><br>Midland Hills Country Club,<br><br>Defendant. | Civ. No. 23-2690 (JWB/ECW)<br><br>**ORDER ACCEPTING<br>REPORT AND RECOMMENDATION<br>OF MAGISTRATE JUDGE** |

United States Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation ("R&R") on March 25, 2024. (Doc. No. 6.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The March 25, 2024 Report and Recommendation (Doc. No. 6) is **ACCEPTED**; and

2. This case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: April 16, 2024

        *s/ Jerry W. Blackwell*
        JERRY W. BLACKWELL
        United States District Judge